EXHIBIT# 1 - National Photo Group, LLC v. Dr. Cory Franklin

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 3 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 0<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr get verycozy in LA.<br>Cpoyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.leftrightandcentered.com<br>URL: http://leftrightandcentered.com/tag/arnold-schwarzenegger/<br>Observed Date: 06/27/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#2 OF 3 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 0<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr get verycozy in LA.<br>Cpoyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.leftrightandcentered.com<br>URL: http://leftrightandcentered.com/tag/american-idol/<br>Observed Date: 06/27/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#3 OF 3 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 0<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr get verycozy in LA.<br>Cpoyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.leftrightandcentered.com<br>URL: http://leftrightandcentered.com/tag/sex-tape/<br>Observed Date: 06/27/2013 | |

x