**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-7359 |
| ) | |
| DR. CORY M. FRANKLIN and ) | |
| DR. BENJAMIN A. WENDELL, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT DR. CORY M. FRANKLIN TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Cory M. Franklin ("Dr. Franklin"), by and through his undersigned counsel, as and for his Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, states as follows:

1. Plaintiff filed its Complaint in this matter on October 15, 2013. Dr. Franklin was served with the Complaint on December 18, 2013, and accordingly a responsive pleading is due on January 7, 2014.

2. Dr. Franklin has only recently retained the undersigned counsel to represent him in this matter. Counsel requires additional time to investigate the facts of the case before such a responsive pleading can be filed.

3. This is Dr. Franklin's first motion for extension of time. No party to this action will be prejudiced by the requested extension, and this extension is not sought for purposes of delay.

4. Counsel for Dr. Franklin has attempted to contact Plaintiff's counsel to reach agreement on an extension of time, but has been unable to reach Plaintiff's counsel.

WHEREFORE, Defendant Dr. Cory M. Franklin respectfully requests that the Court grant his present Motion, grant him to and including February 3, 2014 to answer or otherwise plead to the Complaint, and grant him such further relief as the Court deems just and appropriate.

                                              Respectfully submitted,

                                              Dr. CORY M. FRANKLIN

                                        By:   /s/  Daniel E. Beederman
                                                      Daniel E. Beederman
                                                      One of his attorneys

Daniel E. Beederman (IL ARDC No. 03121545)
William R. Klein (IL ARDC No. 6185715)
David S. Makarski (IL ARDC No. 6237604)
Schoenberg Finkel Newman & Rosenberg, LLC
222 S. Riverside Plaza, Suite 2100
Chicago, IL 60606
(312) 648-2300